IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CLAYTON WRIGHT, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-104(LAG) |
| | * |
| VARIETY WHOLESALERS, INC., | * |
| Defendant. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Dougherty County, Georgia.

This 19th day of January, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk